# Appendix

## T. Rowe Price Growth Stock/I

| | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| 3 - Year Return | 10.28% | 20.05% | 21.03% | 29.07% | -0.41% | 1.57% | 4.20% | 29.77% |
| 5 - Year Return | 10.10% | 14.23% | 19.16% | 23.25% | 5.10% | 13.48% | 13.26% | 9.50% |
| Sharpe Ratio - 3 - Year | 0.715 | 1.268 | 0.973 | 1.426 | 0.071 | 0.067 | 0.108 | 1.520 |
| Sharpe Ratio - 5 - Year | 0.752 | 0.956 | 1.051 | 1.272 | 0.275 | 0.600 | 0.569 | 0.398 |
| Information Ratio 3 - Year | -0.176 | -0.100 | -0.477 | -0.979 | -1.595 | -1.334 | -1.370 | -0.476 |
| Information Ratio 5 - Year | -0.063 | -0.088 | -0.395 | -0.431 | -1.196 | -1.175 | -1.158 | -1.261 |
| Alpha 3 - Year | -0.94% | -0.52% | -1.55% | -3.55% | -7.87% | -6.90% | -5.97% | -0.70% |
| Alpha 5 - Year | -0.43% | -0.61% | -1.76% | -1.27% | -5.48% | -5.49% | -5.13% | -5.32% |
| Sortino Ratio - 3 - Year | 1.033 | 2.085 | 1.681 | 2.765 | 0.100 | 0.092 | 0.148 | 2.994 |
| Sortino Ratio - 5 - Year | 1.183 | 1.568 | 1.783 | 2.263 | 0.396 | 0.919 | 0.866 | 0.567 |
| Batting Average 3 - Year | 0.556 | 0.444 | 0.417 | 0.361 | 0.389 | 0.444 | 0.389 | 0.389 |
| Batting Average 5 - Year | 0.567 | 0.500 | 0.467 | 0.450 | 0.400 | 0.417 | 0.417 | 0.367 |

## Fidelity Blue Chip Growth K

| FBGKX | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| 3 - Year Return | 11.91% | 22.55% | 29.94% | 38.62% | 7.10% | 5.62% | 10.28% | 37.73% |
| 5 - Year Return | 11.34% | 14.77% | 24.90% | 29.70% | 10.66% | 20.64% | 21.75% | 14.60% |
| Sharpe Ratio - 3 - Year | 0.804 | 1.354 | 1.204 | 1.630 | 0.351 | 0.244 | 0.354 | 1.619 |
| Sharpe Ratio - 5 - Year | 0.833 | 0.964 | 1.212 | 1.445 | 0.488 | 0.814 | 0.835 | 0.593 |
| Information Ratio 3 - Year | 0.148 | 0.432 | 1.108 | 0.592 | -0.097 | -0.467 | -0.030 | 1.057 |
| Information Ratio 5 - Year | 0.200 | 0.030 | 0.654 | 0.693 | -0.046 | 0.157 | 0.386 | -0.113 |
| Alpha 3 - Year | 0.26% | 0.75% | 3.66% | 0.73% | -0.92% | -3.29% | -0.63% | 1.32% |
| Alpha 5 - Year | 0.60% | -0.47% | 1.15% | 2.03% | -0.86% | -0.82% | 0.78% | -1.67% |
| Sortino Ratio - 3 - Year | 1.208 | 2.197 | 2.287 | 3.484 | 0.548 | 0.357 | 0.524 | 3.267 |
| Sortino Ratio - 5 - Year | 1.337 | 1.550 | 2.250 | 2.811 | 0.757 | 1.357 | 1.407 | 0.900 |
| Batting Average 3 - Year | 0.556 | 0.583 | 0.667 | 0.611 | 0.556 | 0.472 | 0.556 | 0.639 |
| Batting Average 5 - Year | 0.567 | 0.550 | 0.617 | 0.617 | 0.550 | 0.567 | 0.600 | 0.533 |

**T. Rowe Price Growth Stock/I & Fidelity Blue Chip Growth K Comparison**

| | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| 3 - Year Return | 1.63% | 2.49% | 8.91% | 9.55% | 7.51% | 4.05% | 6.08% | 7.96% |
| 5 - Year Return | 1.24% | 0.54% | 5.74% | 6.45% | 5.57% | 7.16% | 8.48% | 5.10% |
| Sharpe Ratio - 3 - Year | 0.089 | 0.086 | 0.231 | 0.204 | 0.281 | 0.177 | 0.245 | 0.099 |
| Sharpe Ratio - 5 - Year | 0.081 | 0.008 | 0.161 | 0.173 | 0.213 | 0.214 | 0.266 | 0.195 |
| Information Ratio 3 - Year | 0.325 | 0.532 | 1.586 | 1.572 | 1.498 | 0.867 | 1.340 | 1.534 |
| Information Ratio 5 - Year | 0.263 | 0.118 | 1.049 | 1.124 | 1.149 | 1.332 | 1.544 | 1.148 |
| Alpha 3 - Year | 1.20% | 1.27% | 5.21% | 4.27% | 6.95% | 3.60% | 5.33% | 2.01% |
| Alpha 5 - Year | 1.02% | 0.13% | 2.91% | 3.30% | 4.61% | 4.67% | 5.92% | 3.64% |
| Sortino Ratio - 3 - Year | 0.175 | 0.112 | 0.607 | 0.719 | 0.448 | 0.265 | 0.376 | 0.272 |
| Sortino Ratio - 5 - Year | 0.154 | -0.019 | 0.468 | 0.548 | 0.361 | 0.437 | 0.541 | 0.333 |
| Batting Average 3 - Year | 0.000 | 0.139 | 0.250 | 0.250 | 0.167 | 0.028 | 0.167 | 0.250 |
| Batting Average 5 - Year | 0.000 | 0.050 | 0.150 | 0.167 | 0.150 | 0.150 | 0.183 | 0.167 |
| # of Underperforming Metrics | 10 | 11 | 12 | 12 | 12 | 12 | 12 | 12 |
| # of Total Metrics | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| % of Underperforming Metrics | **83%** | **92%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** |

## T. Rowe Price Growth Stock/I

| PRGFX / PRUFX | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| 3 - Year Return | 10.28% | 20.05% | 21.03% | 29.07% | -0.41% | 1.57% | 4.20% | 29.77% |
| 5 - Year Return | 10.10% | 14.23% | 19.16% | 23.25% | 5.10% | 13.48% | 13.26% | 9.50% |
| Sharpe Ratio - 3 - Year | 0.715 | 1.268 | 0.973 | 1.426 | 0.071 | 0.067 | 0.108 | 1.520 |
| Sharpe Ratio - 5 - Year | 0.752 | 0.956 | 1.051 | 1.272 | 0.275 | 0.600 | 0.569 | 0.398 |
| Information Ratio 3 - Year | -0.176 | -0.100 | -0.477 | -0.979 | -1.595 | -1.334 | -1.370 | -0.476 |
| Information Ratio 5 - Year | -0.063 | -0.088 | -0.395 | -0.431 | -1.196 | -1.175 | -1.158 | -1.261 |
| Alpha 3 - Year | -0.94% | -0.52% | -1.55% | -3.55% | -7.87% | -6.90% | -5.97% | -0.70% |
| Alpha 5 - Year | -0.43% | -0.61% | -1.76% | -1.27% | -5.48% | -5.49% | -5.13% | -5.32% |
| Sortino Ratio - 3 - Year | 1.033 | 2.085 | 1.681 | 2.765 | 0.100 | 0.092 | 0.148 | 2.994 |
| Sortino Ratio - 5 - Year | 1.183 | 1.568 | 1.783 | 2.263 | 0.396 | 0.919 | 0.866 | 0.567 |
| Batting Average 3 - Year | 0.556 | 0.444 | 0.417 | 0.361 | 0.389 | 0.444 | 0.389 | 0.389 |
| Batting Average 5 - Year | 0.567 | 0.500 | 0.467 | 0.450 | 0.400 | 0.417 | 0.417 | 0.367 |

## Fidelity Growth Company K

| FGCKX | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| 3 - Year Return | 11.55% | 21.91% | 30.44% | 41.79% | 10.89% | 6.21% | 10.26% | 36.03% |
| 5 - Year Return | 11.41% | 15.72% | 26.38% | 30.11% | 12.53% | 22.71% | 22.50% | 15.40% |
| Sharpe Ratio - 3 - Year | 0.690 | 1.200 | 1.176 | 1.725 | 0.482 | 0.269 | 0.361 | 1.613 |
| Sharpe Ratio - 5 - Year | 0.754 | 0.933 | 1.219 | 1.397 | 0.553 | 0.902 | 0.879 | 0.642 |
| Information Ratio 3 - Year | 0.065 | 0.254 | 1.003 | 0.845 | 0.413 | -0.421 | -0.047 | 0.951 |
| Information Ratio 5 - Year | 0.178 | 0.196 | 0.771 | 0.630 | 0.224 | 0.445 | 0.504 | 0.013 |
| Alpha 3 - Year | -1.76% | -1.81% | 3.22% | 3.29% | 2.69% | -2.58% | -0.49% | 1.04% |
| Alpha 5 - Year | -0.55% | -1.12% | 1.42% | 1.42% | 0.76% | 1.36% | 1.85% | -0.61% |
| Sortino Ratio - 3 - Year | 0.989 | 1.906 | 2.261 | 4.025 | 0.784 | 0.390 | 0.525 | 3.192 |
| Sortino Ratio - 5 - Year | 1.150 | 1.466 | 2.243 | 2.728 | 0.884 | 1.546 | 1.510 | 0.976 |
| Batting Average 3 - Year | 0.611 | 0.528 | 0.556 | 0.611 | 0.583 | 0.472 | 0.417 | 0.500 |
| Batting Average 5 - Year | 0.600 | 0.567 | 0.617 | 0.600 | 0.517 | 0.533 | 0.533 | 0.483 |

**T. Rowe Price Growth Stock/I & Fidelity Growth Company K Comparison**

| | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| 3 - Year Return | 1.27% | 1.86% | 9.41% | 12.72% | 11.30% | 4.64% | 6.06% | 6.26% |
| 5 - Year Return | 1.31% | 1.49% | 7.22% | 6.86% | 7.44% | 9.24% | 9.24% | 5.90% |
| Sharpe Ratio - 3 - Year | -0.025 | -0.067 | 0.202 | 0.299 | 0.411 | 0.202 | 0.253 | 0.093 |
| Sharpe Ratio - 5 - Year | 0.002 | -0.022 | 0.169 | 0.125 | 0.278 | 0.301 | 0.310 | 0.244 |
| Information Ratio 3 - Year | 0.242 | 0.354 | 1.480 | 1.824 | 2.008 | 0.913 | 1.323 | 1.427 |
| Information Ratio 5 - Year | 0.241 | 0.283 | 1.167 | 1.060 | 1.420 | 1.620 | 1.662 | 1.274 |
| Alpha 3 - Year | -0.81% | -1.29% | 4.77% | 6.84% | 10.56% | 4.32% | 5.48% | 1.73% |
| Alpha 5 - Year | -0.13% | -0.52% | 3.18% | 2.69% | 6.24% | 6.84% | 6.98% | 4.71% |
| Sortino Ratio - 3 - Year | -0.044 | -0.179 | 0.580 | 1.260 | 0.684 | 0.298 | 0.377 | 0.198 |
| Sortino Ratio - 5 - Year | -0.033 | -0.102 | 0.461 | 0.465 | 0.487 | 0.626 | 0.644 | 0.409 |
| Batting Average 3 - Year | 0.056 | 0.083 | 0.139 | 0.250 | 0.194 | 0.028 | 0.028 | 0.111 |
| Batting Average 5 - Year | 0.033 | 0.067 | 0.150 | 0.150 | 0.117 | 0.117 | 0.117 | 0.117 |
| # of Underperforming Metrics | 7 | 6 | 12 | 12 | 12 | 12 | 12 | 12 |
| # of Total Metrics | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| % of Underperforming Metrics | **58%** | **50%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** |

## T. Rowe Price Growth Stock/I

| PRGFX / PRUFX | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| 3 - Year Return | 10.28% | 20.05% | 21.03% | 29.07% | -0.41% | 1.57% | 4.20% | 29.77% |
| 5 - Year Return | 10.10% | 14.23% | 19.16% | 23.25% | 5.10% | 13.48% | 13.26% | 9.50% |
| Sharpe Ratio - 3 - Year | 0.715 | 1.268 | 0.973 | 1.426 | 0.071 | 0.067 | 0.108 | 1.520 |
| Sharpe Ratio - 5 - Year | 0.752 | 0.956 | 1.051 | 1.272 | 0.275 | 0.600 | 0.569 | 0.398 |
| Information Ratio 3 - Year | -0.176 | -0.100 | -0.477 | -0.979 | -1.595 | -1.334 | -1.370 | -0.476 |
| Information Ratio 5 - Year | -0.063 | -0.088 | -0.395 | -0.431 | -1.196 | -1.175 | -1.158 | -1.261 |
| Alpha 3 - Year | -0.94% | -0.52% | -1.55% | -3.55% | -7.87% | -6.90% | -5.97% | -0.70% |
| Alpha 5 - Year | -0.43% | -0.61% | -1.76% | -1.27% | -5.48% | -5.49% | -5.13% | -5.32% |
| Sortino Ratio - 3 - Year | 1.033 | 2.085 | 1.681 | 2.765 | 0.100 | 0.092 | 0.148 | 2.994 |
| Sortino Ratio - 5 - Year | 1.183 | 1.568 | 1.783 | 2.263 | 0.396 | 0.919 | 0.866 | 0.567 |
| Batting Average 3 - Year | 0.556 | 0.444 | 0.417 | 0.361 | 0.389 | 0.444 | 0.389 | 0.389 |
| Batting Average 5 - Year | 0.567 | 0.500 | 0.467 | 0.450 | 0.400 | 0.417 | 0.417 | 0.367 |

## JPMorgan Growth Advantage R6

| JGVVX | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| 3 - Year Return | 10.90% | 22.39% | 27.62% | 37.06% | 9.77% | 6.46% | 8.99% | 28.92% |
| 5 - Year Return | 10.36% | 15.24% | 23.45% | 28.17% | 12.29% | 20.46% | 19.55% | 12.97% |
| Sharpe Ratio - 3 - Year | 0.713 | 1.345 | 1.173 | 1.689 | 0.464 | 0.286 | 0.317 | 1.385 |
| Sharpe Ratio - 5 - Year | 0.741 | 0.986 | 1.189 | 1.440 | 0.578 | 0.883 | 0.825 | 0.571 |
| Information Ratio 3 - Year | -0.059 | 0.542 | 1.101 | 0.549 | 0.496 | -0.678 | -0.511 | -0.616 |
| Information Ratio 5 - Year | -0.010 | 0.133 | 0.531 | 0.643 | 0.342 | 0.227 | 0.143 | -0.680 |
| Alpha 3 - Year | -1.37% | 0.27% | 2.57% | 1.43% | 1.82% | -2.12% | -1.41% | -2.81% |
| Alpha 5 - Year | -0.67% | -0.25% | 0.48% | 1.46% | 1.03% | 0.54% | 0.26% | -2.06% |
| Sortino Ratio - 3 - Year | 1.019 | 2.193 | 2.174 | 3.687 | 0.747 | 0.422 | 0.470 | 2.671 |
| Sortino Ratio - 5 - Year | 1.118 | 1.551 | 2.128 | 2.732 | 0.921 | 1.511 | 1.403 | 0.875 |
| Batting Average 3 - Year | 0.611 | 0.583 | 0.611 | 0.528 | 0.444 | 0.389 | 0.500 | 0.472 |
| Batting Average 5 - Year | 0.583 | 0.583 | 0.633 | 0.567 | 0.467 | 0.500 | 0.517 | 0.383 |

**T. Rowe Price Growth Stock/I & JPMorgan Growth Advantage R6 Comparison**

| | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| 3 - Year Return | 0.61% | 2.34% | 6.59% | 7.99% | 10.18% | 4.89% | 4.79% | -0.85% |
| 5 - Year Return | 0.25% | 1.00% | 4.28% | 4.92% | 7.19% | 6.98% | 6.29% | 3.47% |
| Sharpe Ratio - 3 - Year | -0.003 | 0.078 | 0.199 | 0.263 | 0.393 | 0.219 | 0.209 | -0.135 |
| Sharpe Ratio - 5 - Year | -0.012 | 0.030 | 0.138 | 0.168 | 0.303 | 0.282 | 0.256 | 0.174 |
| Information Ratio 3 - Year | 0.118 | 0.643 | 1.578 | 1.529 | 2.090 | 0.655 | 0.859 | -0.140 |
| Information Ratio 5 - Year | 0.053 | 0.221 | 0.927 | 1.074 | 1.538 | 1.402 | 1.301 | 0.580 |
| Alpha 3 - Year | -0.42% | 0.78% | 4.12% | 4.98% | 9.69% | 4.78% | 4.56% | -2.11% |
| Alpha 5 - Year | -0.24% | 0.35% | 2.24% | 2.73% | 6.51% | 6.03% | 5.39% | 3.26% |
| Sortino Ratio - 3 - Year | -0.014 | 0.108 | 0.493 | 0.922 | 0.647 | 0.331 | 0.322 | -0.324 |
| Sortino Ratio - 5 - Year | -0.066 | -0.017 | 0.346 | 0.469 | 0.524 | 0.592 | 0.537 | 0.308 |
| Batting Average 3 - Year | 0.056 | 0.139 | 0.194 | 0.167 | 0.056 | -0.056 | 0.111 | 0.083 |
| Batting Average 5 - Year | 0.017 | 0.083 | 0.167 | 0.117 | 0.067 | 0.083 | 0.100 | 0.017 |
| # of Underperforming Metrics | 6 | 11 | 12 | 12 | 12 | 11 | 12 | 7 |
| # of Total Metrics | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| % of Underperforming Metrics | **50%** | **92%** | **100%** | **100%** | **100%** | **92%** | **100%** | **58%** |

## T. Rowe Price Growth Stock/I

| PRGFX / PRUFX | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| 3 - Year Return | 10.28% | 20.05% | 21.03% | 29.07% | -0.41% | 1.57% | 4.20% | 29.77% |
| 5 - Year Return | 10.10% | 14.23% | 19.16% | 23.25% | 5.10% | 13.48% | 13.26% | 9.50% |
| Sharpe Ratio - 3 - Year | 0.715 | 1.268 | 0.973 | 1.426 | 0.071 | 0.067 | 0.108 | 1.520 |
| Sharpe Ratio - 5 - Year | 0.752 | 0.956 | 1.051 | 1.272 | 0.275 | 0.600 | 0.569 | 0.398 |
| Information Ratio 3 - Year | -0.176 | -0.100 | -0.477 | -0.979 | -1.595 | -1.334 | -1.370 | -0.476 |
| Information Ratio 5 - Year | -0.063 | -0.088 | -0.395 | -0.431 | -1.196 | -1.175 | -1.158 | -1.261 |
| Alpha 3 - Year | -0.94% | -0.52% | -1.55% | -3.55% | -7.87% | -6.90% | -5.97% | -0.70% |
| Alpha 5 - Year | -0.43% | -0.61% | -1.76% | -1.27% | -5.48% | -5.49% | -5.13% | -5.32% |
| Sortino Ratio - 3 - Year | 1.033 | 2.085 | 1.681 | 2.765 | 0.100 | 0.092 | 0.148 | 2.994 |
| Sortino Ratio - 5 - Year | 1.183 | 1.568 | 1.783 | 2.263 | 0.396 | 0.919 | 0.866 | 0.567 |
| Batting Average 3 - Year | 0.556 | 0.444 | 0.417 | 0.361 | 0.389 | 0.444 | 0.389 | 0.389 |
| Batting Average 5 - Year | 0.567 | 0.500 | 0.467 | 0.450 | 0.400 | 0.417 | 0.417 | 0.367 |

## JPMorgan Large Cap Growth R6

| JLGMX | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| 3 - Year Return | 10.99% | 24.71% | 29.91% | 37.33% | 11.59% | 6.23% | 10.63% | 27.47% |
| 5 - Year Return | 10.40% | 15.52% | 24.42% | 29.23% | 14.27% | 21.19% | 20.27% | 12.97% |
| Sharpe Ratio - 3 - Year | 0.701 | 1.424 | 1.228 | 1.679 | 0.541 | 0.282 | 0.401 | 1.357 |
| Sharpe Ratio - 5 - Year | 0.737 | 0.985 | 1.207 | 1.452 | 0.666 | 0.931 | 0.871 | 0.600 |
| Information Ratio 3 - Year | -0.028 | 0.701 | 1.115 | 0.450 | 0.738 | -0.577 | 0.038 | -0.837 |
| Information Ratio 5 - Year | -0.001 | 0.160 | 0.546 | 0.621 | 0.601 | 0.293 | 0.251 | -0.526 |
| Alpha 3 - Year | -1.33% | 2.20% | 4.18% | 1.79% | 3.67% | -1.98% | 0.41% | -2.89% |
| Alpha 5 - Year | -0.65% | 0.00% | 1.20% | 2.18% | 3.07% | 1.79% | 1.36% | -1.31% |
| Sortino Ratio - 3 - Year | 1.037 | 2.446 | 2.359 | 3.767 | 0.900 | 0.413 | 0.605 | 2.622 |
| Sortino Ratio - 5 - Year | 1.142 | 1.626 | 2.252 | 2.822 | 1.098 | 1.645 | 1.517 | 0.922 |
| Batting Average 3 - Year | 0.500 | 0.528 | 0.639 | 0.556 | 0.611 | 0.444 | 0.444 | 0.333 |
| Batting Average 5 - Year | 0.533 | 0.517 | 0.567 | 0.550 | 0.583 | 0.533 | 0.500 | 0.400 |

**T. Rowe Price Growth Stock/I & JPMorgan Large Cap Growth R6 Comparison**

| | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| 3 - Year Return | 0.71% | 4.66% | 8.88% | 8.26% | 12.00% | 4.66% | 6.43% | -2.29% |
| 5 - Year Return | 0.30% | 1.29% | 5.25% | 5.98% | 9.17% | 7.71% | 7.00% | 3.47% |
| Sharpe Ratio - 3 - Year | -0.014 | 0.156 | 0.255 | 0.254 | 0.470 | 0.215 | 0.293 | -0.163 |
| Sharpe Ratio - 5 - Year | -0.015 | 0.030 | 0.156 | 0.179 | 0.391 | 0.331 | 0.301 | 0.202 |
| Information Ratio 3 - Year | 0.148 | 0.802 | 1.592 | 1.430 | 2.333 | 0.756 | 1.408 | -0.361 |
| Information Ratio 5 - Year | 0.062 | 0.247 | 0.942 | 1.052 | 1.797 | 1.468 | 1.409 | 0.735 |
| Alpha 3 - Year | -0.38% | 2.72% | 5.73% | 5.34% | 11.54% | 4.92% | 6.38% | -2.19% |
| Alpha 5 - Year | -0.22% | 0.61% | 2.96% | 3.44% | 8.55% | 7.28% | 6.50% | 4.01% |
| Sortino Ratio - 3 - Year | 0.004 | 0.361 | 0.678 | 1.002 | 0.800 | 0.322 | 0.457 | -0.372 |
| Sortino Ratio - 5 - Year | -0.042 | 0.058 | 0.469 | 0.559 | 0.702 | 0.726 | 0.652 | 0.355 |
| Batting Average 3 - Year | -0.056 | 0.083 | 0.222 | 0.194 | 0.222 | 0.000 | 0.056 | -0.056 |
| Batting Average 5 - Year | -0.033 | 0.017 | 0.100 | 0.100 | 0.183 | 0.117 | 0.083 | 0.033 |
| # of Underperforming Metrics | 5 | 12 | 12 | 12 | 12 | 11 | 12 | 6 |
| # of Total Metrics | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| % of Underperforming Metrics | **42%** | **100%** | **100%** | **100%** | **100%** | **92%** | **100%** | **50%** |

## T. Rowe Price Growth Stock/I

| PRGFX / PRUFX | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| 3 - Year Return | 10.28% | 20.05% | 21.03% | 29.07% | -0.41% | 1.57% | 4.20% | 29.77% |
| 5 - Year Return | 10.10% | 14.23% | 19.16% | 23.25% | 5.10% | 13.48% | 13.26% | 9.50% |
| Sharpe Ratio - 3 - Year | 0.715 | 1.268 | 0.973 | 1.426 | 0.071 | 0.067 | 0.108 | 1.520 |
| Sharpe Ratio - 5 - Year | 0.752 | 0.956 | 1.051 | 1.272 | 0.275 | 0.600 | 0.569 | 0.398 |
| Information Ratio 3 - Year | -0.176 | -0.100 | -0.477 | -0.979 | -1.595 | -1.334 | -1.370 | -0.476 |
| Information Ratio 5 - Year | -0.063 | -0.088 | -0.395 | -0.431 | -1.196 | -1.175 | -1.158 | -1.261 |
| Alpha 3 - Year | -0.94% | -0.52% | -1.55% | -3.55% | -7.87% | -6.90% | -5.97% | -0.70% |
| Alpha 5 - Year | -0.43% | -0.61% | -1.76% | -1.27% | -5.48% | -5.49% | -5.13% | -5.32% |
| Sortino Ratio - 3 - Year | 1.033 | 2.085 | 1.681 | 2.765 | 0.100 | 0.092 | 0.148 | 2.994 |
| Sortino Ratio - 5 - Year | 1.183 | 1.568 | 1.783 | 2.263 | 0.396 | 0.919 | 0.866 | 0.567 |
| Batting Average 3 - Year | 0.556 | 0.444 | 0.417 | 0.361 | 0.389 | 0.444 | 0.389 | 0.389 |
| Batting Average 5 - Year | 0.567 | 0.500 | 0.467 | 0.450 | 0.400 | 0.417 | 0.417 | 0.367 |

## Voya Russell Large Cap Growth Idx Port I

| IRLNX | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| 3 - Year Return | 11.48% | 20.87% | 23.04% | 34.95% | 8.18% | 10.10% | 11.20% | 32.40% |
| 5 - Year Return | 11.01% | 15.15% | 21.11% | 26.15% | 11.24% | 20.21% | 19.99% | 16.24% |
| Sharpe Ratio - 3 - Year | 0.857 | 1.377 | 1.072 | 1.692 | 0.408 | 0.445 | 0.417 | 1.645 |
| Sharpe Ratio - 5 - Year | 0.874 | 1.075 | 1.198 | 1.423 | 0.549 | 0.896 | 0.861 | 0.729 |
| Information Ratio 3 - Year | 0.243 | 0.274 | 0.023 | 0.341 | 0.186 | 0.696 | 0.392 | 0.609 |
| Information Ratio 5 - Year | 0.400 | 0.348 | 0.057 | 0.411 | 0.144 | 0.329 | 0.466 | 0.510 |
| Alpha 3 - Year | 0.37% | 0.42% | 0.23% | 0.92% | 0.37% | 1.11% | 0.64% | 1.03% |
| Alpha 5 - Year | 0.58% | 0.49% | 0.31% | 0.76% | 0.26% | 0.62% | 0.85% | 0.74% |
| Sortino Ratio - 3 - Year | 1.277 | 2.129 | 1.868 | 3.394 | 0.634 | 0.667 | 0.618 | 3.309 |
| Sortino Ratio - 5 - Year | 1.425 | 1.784 | 2.118 | 2.564 | 0.840 | 1.473 | 1.426 | 1.129 |
| Batting Average 3 - Year | 0.611 | 0.611 | 0.500 | 0.444 | 0.389 | 0.444 | 0.389 | 0.444 |
| Batting Average 5 - Year | 0.550 | 0.550 | 0.517 | 0.550 | 0.467 | 0.417 | 0.417 | 0.433 |

**T. Rowe Price Growth Stock/I & Voya Russell Large Cap Growth Idx Port I Comparison**

| | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| 3 - Year Return | 1.19% | 0.82% | 2.01% | 5.88% | 8.59% | 8.54% | 7.00% | 2.63% |
| 5 - Year Return | 0.91% | 0.92% | 1.95% | 2.90% | 6.14% | 6.74% | 6.73% | 6.74% |
| Sharpe Ratio - 3 - Year | 0.142 | 0.109 | 0.099 | 0.266 | 0.338 | 0.378 | 0.309 | 0.125 |
| Sharpe Ratio - 5 - Year | 0.122 | 0.119 | 0.147 | 0.151 | 0.274 | 0.295 | 0.292 | 0.331 |
| Information Ratio 3 - Year | 0.420 | 0.375 | 0.500 | 1.320 | 1.780 | 2.030 | 1.762 | 1.085 |
| Information Ratio 5 - Year | 0.463 | 0.436 | 0.452 | 0.842 | 1.340 | 1.504 | 1.624 | 1.771 |
| Alpha 3 - Year | 1.31% | 0.94% | 1.79% | 4.47% | 8.24% | 8.01% | 6.61% | 1.73% |
| Alpha 5 - Year | 1.01% | 1.10% | 2.07% | 2.03% | 5.74% | 6.11% | 5.98% | 6.06% |
| Sortino Ratio - 3 - Year | 0.244 | 0.044 | 0.187 | 0.629 | 0.535 | 0.576 | 0.470 | 0.315 |
| Sortino Ratio - 5 - Year | 0.242 | 0.216 | 0.335 | 0.300 | 0.444 | 0.554 | 0.561 | 0.562 |
| Batting Average 3 - Year | 0.056 | 0.167 | 0.083 | 0.083 | 0.000 | 0.000 | 0.000 | 0.056 |
| Batting Average 5 - Year | -0.017 | 0.050 | 0.050 | 0.100 | 0.067 | 0.000 | 0.000 | 0.067 |
| # of Underperforming Metrics | 11 | 12 | 12 | 12 | 11 | 10 | 10 | 12 |
| # of Total Metrics | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| % of Underperforming Metrics | **92%** | **100%** | **100%** | **100%** | **92%** | **83%** | **83%** | **100%** |

## T. Rowe Price Growth Stock/I

| PRGFX / PRUFX | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| 3 - Year Return | 10.28% | 20.05% | 21.03% | 29.07% | -0.41% | 1.57% | 4.20% | 29.77% |
| 5 - Year Return | 10.10% | 14.23% | 19.16% | 23.25% | 5.10% | 13.48% | 13.26% | 9.50% |
| Sharpe Ratio - 3 - Year | 0.715 | 1.268 | 0.973 | 1.426 | 0.071 | 0.067 | 0.108 | 1.520 |
| Sharpe Ratio - 5 - Year | 0.752 | 0.956 | 1.051 | 1.272 | 0.275 | 0.600 | 0.569 | 0.398 |
| Information Ratio 3 - Year | -0.176 | -0.100 | -0.477 | -0.979 | -1.595 | -1.334 | -1.370 | -0.476 |
| Information Ratio 5 - Year | -0.063 | -0.088 | -0.395 | -0.431 | -1.196 | -1.175 | -1.158 | -1.261 |
| Alpha 3 - Year | -0.94% | -0.52% | -1.55% | -3.55% | -7.87% | -6.90% | -5.97% | -0.70% |
| Alpha 5 - Year | -0.43% | -0.61% | -1.76% | -1.27% | -5.48% | -5.49% | -5.13% | -5.32% |
| Sortino Ratio - 3 - Year | 1.033 | 2.085 | 1.681 | 2.765 | 0.100 | 0.092 | 0.148 | 2.994 |
| Sortino Ratio - 5 - Year | 1.183 | 1.568 | 1.783 | 2.263 | 0.396 | 0.919 | 0.866 | 0.567 |
| Batting Average 3 - Year | 0.556 | 0.444 | 0.417 | 0.361 | 0.389 | 0.444 | 0.389 | 0.389 |
| Batting Average 5 - Year | 0.567 | 0.500 | 0.467 | 0.450 | 0.400 | 0.417 | 0.417 | 0.367 |

## Alger Focus Equity Z

| ALZFX | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| 3 - Year Return | 11.36% | 22.32% | 25.88% | 33.04% | 4.05% | 3.70% | 12.26% | 45.66% |
| 5 - Year Return | 11.14% | 14.77% | 22.06% | 26.27% | 8.99% | 16.95% | 19.92% | 18.96% |
| Sharpe Ratio - 3 - Year | 0.776 | 1.399 | 1.189 | 1.644 | 0.246 | 0.160 | 0.443 | 1.822 |
| Sharpe Ratio - 5 - Year | 0.831 | 0.990 | 1.210 | 1.437 | 0.450 | 0.756 | 0.837 | 0.771 |
| Information Ratio 3 - Year | 0.052 | 0.529 | 0.802 | -0.203 | -0.776 | -1.167 | 0.315 | 1.639 |
| Information Ratio 5 - Year | 0.179 | 0.035 | 0.262 | 0.212 | -0.460 | -0.569 | 0.167 | 0.485 |
| Alpha 3 - Year | -0.37% | 1.08% | 2.69% | 0.51% | -3.37% | -4.81% | 1.47% | 5.98% |
| Alpha 5 - Year | 0.44% | -0.25% | 0.83% | 1.41% | -1.67% | -2.11% | 0.74% | 2.34% |
| Sortino Ratio - 3 - Year | 1.140 | 2.222 | 2.153 | 3.524 | 0.372 | 0.228 | 0.666 | 4.062 |
| Sortino Ratio - 5 - Year | 1.299 | 1.574 | 2.167 | 2.678 | 0.677 | 1.225 | 1.395 | 1.260 |
| Batting Average 3 - Year | 0.528 | 0.556 | 0.611 | 0.500 | 0.444 | 0.389 | 0.528 | 0.667 |
| Batting Average 5 - Year | 0.550 | 0.483 | 0.550 | 0.550 | 0.483 | 0.467 | 0.533 | 0.517 |

## T. Rowe Price Growth Stock/I & Alger Focus Equity Z Comparison

| | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| 3 - Year Return | 1.08% | 2.27% | 4.84% | 3.97% | 4.47% | 2.13% | 8.06% | 15.89% |
| 5 - Year Return | 1.03% | 0.54% | 2.90% | 3.02% | 3.89% | 3.48% | 6.66% | 9.46% |
| Sharpe Ratio - 3 - Year | 0.061 | 0.131 | 0.216 | 0.218 | 0.176 | 0.093 | 0.335 | 0.302 |
| Sharpe Ratio - 5 - Year | 0.079 | 0.034 | 0.159 | 0.165 | 0.175 | 0.155 | 0.267 | 0.373 |
| Information Ratio 3 - Year | 0.228 | 0.629 | 1.279 | 0.776 | 0.819 | 0.167 | 1.685 | 2.116 |
| Information Ratio 5 - Year | 0.242 | 0.123 | 0.657 | 0.642 | 0.736 | 0.607 | 1.325 | 1.746 |
| Alpha 3 - Year | 0.57% | 1.59% | 4.25% | 4.06% | 4.51% | 2.08% | 7.43% | 6.67% |
| Alpha 5 - Year | 0.87% | 0.35% | 2.59% | 2.68% | 3.81% | 3.38% | 5.87% | 7.66% |
| Sortino Ratio - 3 - Year | 0.107 | 0.137 | 0.472 | 0.759 | 0.272 | 0.136 | 0.518 | 1.068 |
| Sortino Ratio - 5 - Year | 0.116 | 0.006 | 0.384 | 0.414 | 0.281 | 0.306 | 0.529 | 0.693 |
| Batting Average 3 - Year | -0.028 | 0.111 | 0.194 | 0.139 | 0.056 | -0.056 | 0.139 | 0.278 |
| Batting Average 5 - Year | -0.017 | -0.017 | 0.083 | 0.100 | 0.083 | 0.050 | 0.117 | 0.150 |
| # of Underperforming Metrics | 10 | 11 | 12 | 12 | 12 | 11 | 12 | 12 |
| # of Total Metrics | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| % of Underperforming Metrics | **83%** | **92%** | **100%** | **100%** | **100%** | **92%** | **100%** | **100%** |